IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ELLEN JEANENE PALMER, Individually and as Executrix of the Estate of CLYDE LEE DENBOW, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) | Civ. No. 14-1064-SLR/SRF |
| | ) ) | |
| AIR & LIQUID SYSTEMS CORPORATION, et al., | ) ) ) | |
| Defendants. | ) ) | |

## O R D E R

At Wilmington this 2nd day of September, 2016, having considered the Report

and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on

August 12, 2016, and upon the expiration of the time allowed for objections pursuant to

Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 83) is adopted.

2. Defendants' motions for summary judgment (D.I. 70 and D.I. 74) are granted

and all claims against them are dismissed with prejudice.

3. The Clerk of Court is directed to enter judgment in favor of Defendants Air &

Liquid Systems Corporation and Georgia Pacific LLC and against plaintiff Ellen

Jeanene Palmer.

_____
United States District Judge