Swartz Campbell LLC
300 Delaware Ave.
Suite 1130
Wilmington DE 19801
voice (302) 656-5935
smartyniak@swartzcampbell.com
www.swartzcampbell.com

**Shawn E. Martyniak**
*Attorney At Law*

September 19, 2016

The Honorable Sherry R. Fallon
J. Caleb Boggs Federal Building
844 N. King Street
Unit 14
Room 6100
Wilmington, DE 19801

      Re:    *Denbow et al v. Air & Liquid Systems Corporation, et al.*
              C.A. No.: 1:14-cv-01064-SLR-SRF

Dear Judge Fallon,

      Your Honor directed the parties to provide information on how the parties intend to proceed at oral argument on September 26, 2016.  From the docket it appears that only CBS Corporation has requested oral argument.  I have confirmed with Plaintiff's Counsel regarding the time allocation of presentation. Plaintiff and Defendants have agreed that each side will be allotted thirty minutes.

      Defendant, CBS Corporation, will be allotted twenty (20) minutes to present their argument and reserve ten (10) minutes for rebuttal.

      Plaintiff's Counsel will then have thirty (30) minutes to respond to Defendant's argument.

      The parties will proceed in any fashion the Court desires if this proposal is unacceptable. Counsel is available should the Court have any questions.

      Sincerely,

      */s/ Shawn E. Martyniak*
      Shawn E. Martyniak