IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ELLEN JEANENE PALMER, Individually and as Executrix of the Estate of CLYDE LEE DENBOW, <br><br> Plaintiffs, <br><br> v. <br><br> BUFFALO PUMPS DIVISION, et al., <br><br> Defendants. | Civ. No. 14-1064-SLR/SRF |

**ORDER**

At Wilmington this 19th day of April, 2017, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on March 30, 2017, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 87) is adopted.

2. Defendants' motions for summary judgment (D.I. 68 and D.I. 72) are granted.

3. The Clerk of Court is directed to enter judgment in favor of Defendants CBS Corporation/Westinghouse and Crane Co. and against Plaintiff Ellen Jeanene Palmer.

_____
Senior United States District Judge